UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-62690-Civ-SCOLA/ROSENBAUM

WILLIAM L. TAYLOR,

    Plaintiff,

vs.

MY MOM'S SOUP KITCHEN, INC., a Florida
corporation, DAVID ZELL, PATRICIA W. ZELL
and CONSTANTINE P. LANTZ,

    Defendants.
_____/

## ORDER OF DISMISSAL

THIS CASE has been **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  *See* Stipulation to Dismiss with Prejudice (ECF No. 19).  The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** as moot.

**DONE and ORDERED** in chambers, at Miami, Florida, on February 21, 2012.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record*